JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marshall Greenfield, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>Tenet Healthcare Corporation, et al.<br><br>      Defendant. | CV 03-714-RSWL<br><br>ORDER OF DISMISSAL |

  On March 17, 2009, the Court ordered counsel to Show Cause why this action should not be dismissed for failure to submit final dismissal paperwork. To date, counsel has not complied with this order.

  Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

  IT IS SO ORDERED.

Dated: <u>March 30, 2009</u>

/ s /
_____
HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge

1